**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert PITNER, Defendant–Appellant.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David M. HANSON, Defendant–Appellant.**

**Nos. 90–10299, 90–10318.**

United States Court of Appeals,
Ninth Circuit.

May 4, 1994.

J. Frank McCabe, Goorjian & McCabe, San Francisco, CA, for defendant-appellant Robert Pitner.

Juliana Drous, Tamburello, Hanlon & Brescianai, San Francisco, CA, for defendant-appellant David Hanson.

Eric J. Swenson, Asst. U.S. Atty., San Francisco, CA, for plaintiff-appellee.

Before: HALL and WIGGINS, Circuit Judges, and BURNS,* Senior District Judge.

### ORDER

Upon consideration of the Supreme Court's decision in *Pitner v. United States,* — U.S. ——, 114 S.Ct. 873, 127 L.Ed.2d 70 (1994), and *Hanson v. United States,* —— U.S. ——, 114 S.Ct. 873, 127 L.Ed.2d 70 (1994), we hereby withdraw the opinion, *see* 979 F.2d 156 (9th Cir.1993), and unpublished memorandum, *see* Nos. 90–10299, 90–10318 (9th Cir. Nov. 2, 1992), in the above-captioned cases.

Further, we reverse and remand the appellants' cases for a new trial consistent with *Ratzlaf v. United States,* — U.S. ——, 114 S.Ct. 655, 126 L.Ed.2d 615 (1994).

**REVERSED and REMANDED.**